# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION


JOHN W. PENNINGTON,

     Plaintiff,

v.                                               Case No: 2:11-cv-11-Ftm-99DNF

COMMISSIONER OF SOCIAL SECURITY,

     Defendant.

_____

## ORDER

THIS CAUSE comes before the Court upon the Unopposed Application for Attorney Fees Under the Equal Access to Justice Act (Dkt. #27).  Upon review and consideration, it is

ORDERED AND ADJUDGED that:

1.     The Unopposed Application for Attorney Fees Under the Equal Access to Justice Act (Dkt. #27) is GRANTED.

2.     The Clerk is directed to enter judgment in the amount of $4,154.50 in favor of Plaintiff and against Defendant.

**DONE** and **ORDERED** in Tampa, Florida, this 15th day of August, 2012.


_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE


Copies furnished to:
Counsel/Parties of Record

S:\FT MYERS cases\11-cv-11 atty fee award.docx