UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JOHN W. PENNINGTON,

    Plaintiff,

v.                                              Case No: 2:11-cv-11-Ftm-99DNF

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

## **ORDER**

THIS CAUSE comes before the Court upon the Unopposed Application for Attorney Fees Under the Equal Access to Justice Act (Dkt. #27). Upon review and consideration, it is

ORDERED AND ADJUDGED that:

1. The Unopposed Application for Attorney Fees Under the Equal Access to Justice Act (Dkt. #27) is GRANTED.

2. The Clerk is directed to enter judgment in the amount of $4,154.50 in favor of Plaintiff and against Defendant.

**DONE** and **ORDERED** in Tampa, Florida, this 15th day of August, 2012.

*/s/ James S. Moody, Jr.*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\FT MYERS cases\11-cv-11 atty fee award.docx